IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02440-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

JOSEPH WARD,

    Plaintiff,

v.

NO NAMED DEFENDANTS.

**ORDER GRANTING PERMISSION TO FILE A 45 PAGE PRISONER COMPLAINT**

    Plaintiff, Joseph Ward, is in the custody of the Colorado Department of Corrections, currently incarcerated at the Crowley County Correctional Facility in Olney Springs, Colorado.  On October 30, 2015, Plaintiff submitted a letter to the Court requesting permission to file a Prisoner Complaint pursuant to 42 U.S.C. § 1983 that is 45 pages. (ECF No. 1).  Based on the letter, the Clerk of the Court initiated a civil rights action.

    The Court grants Plaintiff's request for permission to file a Prisoner Complaint that is 45 pages long.  However, the Court reminds Plaintiff that Fed. R. Civ. P. 8(a) requires that a complaint "contain (1) a short and plain statement of the grounds for the court's jurisdiction, . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and (3) a demand for the relief sought."  The philosophy of

Rule 8(a) is reinforced by Rule 8(d)(1), which provides that "[e]ach allegation must be simple, concise, and direct." Taken together, Rules 8(a) and (d)(1) underscore the emphasis placed on clarity and brevity by the federal pleading rules. Prolix, vague, or unintelligible pleadings violate Rule 8. Accordingly, any Prisoner Complaint filed by the Plaintiff must still comply with the "simple, concise, and direct" requirements of Fed. R. Civ. P. 8. It is

ORDERED that Plaintiff's request for permission to file a Prisoner Complaint that is 45 pages long is GRANTED. It is

FURTHER ORDERED that Plaintiff file a Prisoner Complaint within thirty days of the date of this Order. It is

FURTHER ORDERED that Plaintiff shall obtain the proper Court-approved forms for filing a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. Plaintiff must use the Court-approved forms when filing a complaint. It is

FURTHER ORDERED that, if Applicant fails to file a complaint **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED November 13, 2015, at Denver, Colorado.

BY THE COURT:

 s/ Gordon P. Gallagher
United States Magistrate Judge