IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02440-GPG

JOSEPH WAYNE WARD,

     Plaintiff,

v.

STANLEY GARNETT,

     Defendant.

---

## JUDGMENT

---

     Pursuant to and in accordance with the Order of Dismissal entered by Lewis T.

Babcock, Senior District Judge, on January 19, 2016, it is hereby

     ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

     DATED at Denver, Colorado, this 19 day of January, 2016.

                   FOR THE COURT,

                   JEFFREY P. COLWELL, Clerk


                   By: s/  A. García Gallegos
                   Deputy Clerk